**KORSEY SMITH & BESSIE SMITH**
**P. O. BOX 450318**
**HOUSTON, TEXAS 77245**
**281 - 431 - 2300**

April 12, 2002

United States Courts
Southern District of Texas
FILED

APR 1 2 2002

Michael N. Milby, Clerk

Michael N. Milby, Clerk
United States District Court
Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

      Re:    Civil Action **No. H-02-0495**; Gary Gates, et al. v. Texas Department of Protective and Regulatory Services, et al.; In the United States District Court, Southern District of Texas, Houston, Division.

Dear Mr. Milby:

Enclosed you will find an original and two (2) copies of the following document for filing concerning the above mentioned case: reply to allegations against Respondent Korsey Smith and Respondent Bessie Smith, foster parents for Texas Department of Protective and Regulatory Services.

Please file stamp one (1) copy for the court record, and return two (2) copies marked "filed" to us in the self-addressed postage paid envelop provided for your convenience.

Thank you kindly for your consideration in this matter.

Respectfully,

*/s/ Korsey Smith*
*/s/ Bessie Smith*
Korsey Smith / Bessie Smith

Enclosures: via hand delivered

Copy:    All known parties of record.

        William G. Harger
        Hoover & Harger                         by certified mail
        12946 Dairy Ashford, Suite 200        return receipt requested
        Sugar Land, Texas 77478

45

Hon, Michael N. Milby
April 12, 2002
page 1


Cc:
    Ben W. "Bud" Childers
    County Attorney                                           by certified mail,
    Fort Bend County, Texas                       return receipt requested
    301 Jackson St., Suite 621
    Richmond, Texas 77469-3108


    Christopher B. Gilbert
    Bracewell & Patterson                            by certified mail,
    711 Louisiana Street, Suite 2900     return receipt requested
    Houston, Texas 77002-2781


    Kelly M. Keller
    Vinson & Elkins, L.L.P.
    2300 First City Tower                           by certified mail,
    1001 Fannin Street                                return receipt requested
    Houston, Texas 77002-6760


    William G. Harger                                 by certified mail,
    12946 Dairy Ashford, Suite 200      return receipt requested
    Sugar Land, Texas 77478


    Texas Department of Protective
    and Regulatory Services                     by certified mail,
    Thomas Chapmond, Executive Director  return receipt requested
    701 West 51st. Street
    Austin, Texas 78751


    Karen Sheehan
    1110 Avenue G                                    by certified mail,
    Rosenberg, Texas 77471                      return receipt requested


    Jerry Polasek
    1110 Avenue G                                    by certified mail,
    Rosenberg, Texas 77471                      return receipt requested


    Amy Odin
    1110 Avenue G                                    by certified mail,
    Rosenberg, Texas 77471                      return receipt requested

Hon. Michael N. Milby
April 12, 2002
Page 2

Cc: Sandra Russell
1110 Avenue G
Rosenberg, Texas 77471

by certified mail,
retuen receipt requested

Lisa Matthews
1110 Avenue G
Roseberg, Texas 77471

by certified mail,
return receipt requested

Laurel Miller
1110 Avenue G
Rosenberg, Texas 77471

by certified mail,
return receipt requested

Erika David
1110 Avenue G
Rosenberg, Texas 77471

by certified mail,
return receipt requested

Sherrece Haywood
1110 Avenue G
Rosenberg, Texas 77471

by certified mail,
return receipt requested

Laura Ramirez
1110 Avenue G
Rosenberg, Texas 77471

by certified mail,
return receipt requested

Milton Wright
Fort Bend County Sheriff's Department
1410 Random Road
Richmond, Texas 77469

by certified mail,
return receipt requested

Sam Millsap
Fort Bend County Sheriff's Department
1410 Random Road
Richmond, Texas 77469

by certified mail,
return receipt requested

Hon. Michael N. Milby
April 12, 2002
page 3


Cc:     Arthur Chapman
        Fort Bend County Sheriff's Department
        1410 Random Road                                by certified mail,
        Richmond, Texas 77469                           return receipt requested


        Carlos Carrillo
        Fort Bend County Sheriff's Department
        1410 Random Road                                by certified mail,
        Richmond, Texas 77469                           return receipt requested


        Virginia Schafer
        Fort Bend County Sheriff's Department
        1410 Random Road                                by certified mail,
        Richmond, Texas 77469                           return receipt requested


        Ken Lee
        Fort Bend County Sheriff's Department
        1410 Random Road                                by certified mail,
        Richmond, Texas 77469                           return receipt requested


        Scott Pagel
        Fort Bend County Sheriff's Department
        1410 Random Road                                by certified mail,
        Richmond, Texas 77469                           return receipt requested


        John F. Healy, Jr.
        Fort Bend County District Attorney's Office
        301 Jackson Street                              by certified mail,
        Richmond, Texas 77469                           return receipt requested


        Kathryn Holton
        Fort Bend County District Attorney's Office
        301 Jackson Street                              by certified mail,
        Richmond, Texas 77469                           return receipt requested



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GARY GATES, et al.,
    Plaintiffs,

CIVIL ACTION NO. H-02-0495

vs.

TEXAS DEPARTMENT OF
PROTECTIVE AND REGULATORY
SERVICES, et al.,
    Defendants.


TO THE HONORABLE JUDGE OF SAID COURT:

Respondent Korsey Smith deny each and every allegations in the original petition

Respondent Bessie Smith deny each and every allegations in the original petition.


Respectfully Submitted,

*Korsey Smith*
Korsey Smith

Bessie Smith
*Bessie Smith*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties listed below by U. S. First-Class Mail, on this 15th day of April, 2002:

William G. Harger
12946 Dairy ashford, Suite 200
Sugar Land, Texas 77478

Fort Bend County Sheriff's Dept.
Sheriff Milton Wright
1410 Ransom Road
Richmond, Texas 77469

Lisa Matthews
1110 Avenue G
Rosenberg, Texas 77471

Laurel Miller
1110 Avenue G
Rosenberg, Texas 77471

Sherrece Haywood
1110 Avenue G
Rosenberg, Texas 77471

Scott Pagel
1410 Ransom Road
Richmond, Texas 77469

Ken Lee
1410 Ransom Road
Richmond, Texas 77469

Marsha Vogelsang
3911 Avenue I
Rosenberg, Texas 77471

Virginia Schafer
1410 Ransom Road
Richmond, Texas 77469

Karen Kleine
3911 Avenue I
Rosenberg, Texas 77471

Thomas Chapmond
701 West 51st Street
Austin, Texas 78751

Texas Dept. of Protective &
Regulatory Service
Thomas Chapmond, Executive Director
701 West 51st Street
Austin, Texas 78751

Erika Davis
1110 Avenue G
Rosenberg, Texas 77471

Karen Sheehan
1110 Avenue G
Rosenberg, Texas 77471

Amy Odin
1110 Avenue G
Rosenberg, Texas 77471

Sandra Russell
1110 Avenue G
Rosenberg, Texas 77471

Honorable James C. Adolphus
Judge, Fort Bend County
309 South 4th Street
Richmond, Texas 77469

John F. Healey, Jr.
301 Jackson Street
Richmond, Texas 77469

Fort Bend County District
Attorney's Office
301 Jackson Street
Richmond, Texa

Cynthia Brown
3911 Avenue I
Rosenberg, Texas 77471

1

Milton Wright
1410 Ransom Road
Richmond, Texas 77469

Arthur Chapman
1410 Ransom Road
Richmond, Texas 77469

Sam Millsap
1410 Ransom Road
Richmond, Texas 77469

Carlos Carrillo
1410 Ransom Road
Richmond, Texas 77469

Kathryn M. Holton
301 Jackson Street
Richmond, Texas 77469

Judy O'Neal
7110 Greatwood Parkway
Sugar Land, Texas 77479

Jerry Polaske
1410 Ransom Road
Richmond, Texas 77469

Laura Ramirez
1410 Ransom Road
Richmond, Texas 77569

*/s/ Korsey Smith*

Korsey Smith, Jr.

*/s/ Bessie Smith*

Bessie Smith

2