IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY GATES, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-0495 |
| | § | |
| TEXAS DEPARTMENT OF PROTECTIVE | § | |
| AND REGULATORY SERVICES, et al, | § | |
| | § | |
| Defendants | § | |

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiffs Gary Gates, Melissa Gates, Individually and as Next Friends to Sarah Gates, Gary Wilton Gates, George Gates, Scott Gates, Derodrick Gates, Travis Gates, Raquel Gates, Cynthia Gates, Cassandra Gates, Timothy Gates, Andrew Gates, Alexis Gates, and Marcus Gates (hereinafter the "Plaintiffs"), and Defendants Lamar Consolidated Independent School District ("LCISD" or "District"), Marcia Vogelsang, Cynthia Brown, Karen Kleine, and Judy O'Neal, in their individual and official capacities (hereinafter the "LCISD Defendants") respectfully request that the Court approve the attached settlement agreement on behalf of the following Plaintiffs:

1. Sarah Gates;
2. Derodrick Gates;
3. Travis Gates;
4. Raquel Gates;
5. Cynthia Gates;
6. Cassandra Gates;
7. Timothy Gates;
8. Andrew Gates;
9. Alexis Gates; and
10. Marcus Gates.

Said Plaintiffs are either minors or are otherwise incompetent to approve the settlement agreement on their own behalf. The Settlement Agreement is attached as Exhibit A. By the signatures of their

representatives below, the parties all stipulate to the Court that this Settlement Agreement was jointly reached by all parties after mutual negotiations, and that all parties believe this settlement to be beneficial to everyone, including the minor and incompetent Plaintiffs.

Respectfully submitted,

| | |
|---|---|
| **DECKER & ASSOCIATES** | **BRACEWELL & GIULIANI LLP** |
| By: _____ | By: _____ |
| L.J. "Mike" Decker III | Christopher B. Gilbert |
| State Bar No. 05630520 | State Bar No. 00787535 |
| Attorney-in-Charge | Attorney-in-Charge |
| | |
| P.O. Box 219284 | 711 Louisiana, Suite 2300 |
| Houston, Texas 77218-2984 | Houston, Texas 77002 |
| Telephone: (281) 579-9875 | Telephone: (713) 221-1372 |
| Fax: (281) 579-9693 | Fax: (713) 221-2154 |
| | |
| Attorney for the Plaintiffs | Attorneys for Defendants Lamar CISD, Marcia Vogelsang, Cynthia Brown, Karen Kleine, and Judy O'Neal |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been forwarded by hand delivery, telecopier and/or by certified mail, return receipt requested, on July 27, 2006 to:

Mr. Mike Decker
Decker & Associates
P.O. Box 219284
Houston, Texas 77281-2984
*Attorneys for the Plaintiffs*

Mr. Randall Weaver Morse
Fort Bend County Attorney's Office
301 Jackson Ste 621
Richmond, Texas 77469
*Attorneys for the Fort Bend County Defendants*

| Mr. N. Scott Fletcher | Mr. Charles W. Schwartz |
|---|---|
| Vinson & Elkins | Skadden, Arps, Slate, Meagher & Flom LLP |
| 1001 Fannin Ste 2300 | 1600 Smith Street, Suite 4400 |
| Houston, Texas 77002-6760 | Houston, Texas 77002 |

*Attorneys for the Child Advocate Defendants*

Mr. Terence L. Thompson
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
*Attorneys for the CPS Defendants*

_____
Christopher B. Gilbert