| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| GARY GATES, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| versus | § | CIVIL ACTION H-02-495 |
| | § | |
| | § | |
| TEXAS DEPARTMENT OF PROTECTIVE AND | § | |
| REGULATORY SERVICES, et. al., | § | |
| | § | |
| Defendants. | § | |

# Final Judgment

1. On the agreement of the parties, the claims against Lamar Consolidated Independent School District, Marcia Vogelsang, Cynthia Brown, Karen Klein, and Judy O'Neal are dismissed with prejudice. The court retains jurisdiction to enforce the settlement.

2. Gary and Melissa Gates, individually and as next friends of Sarah Gates, Gary Wilton Gates, George Gates, Scott Gates, Derodrick Gates, Travis Gates, Raquel Gates, Cynthia Gates, Cassandra Gates, Timothy Gates, Andrew Gates, Alexis Gates, Marcus Gates take nothing from:

| | |
|---|---|
| Texas Department of Protective and Regulatory Services | Fort Bend County District Attorney's Office |
| Lisa Matthews | John F. Healey, Jr. |
| Laurel Miller | Kathryn Holton |
| Sandra Russell | Cathy Fisher |
| Erika Davis | Diana Adams |

- 2 -

| | |
|---|---|
| Sherrece Haywood | Fort Bend Sheriff's Department |
| Thomas Chapmond | Milton Wright |
| Karen Sheehan | Sam Millsap |
| Jerry Polasek | Arthur Chapman |
| Amy Odin | Carlos Carrillo |
| Fort Bend Child Advocates, Inc. | Virgina Schafer |
| Linda Shultz | Ken Lee |
| Paula Gibson | Scott Pagel |
| Korsey Smith | Lloyd Rowland |
| Bessie Smith | Christopher James Carlson |
| Fort Bend County | Mary Spilman |
| Bella Alex | Randy Joiner |

Signed August _1_, 2006, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge