# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 28, 2008

Charles R. Fulbruge III
Clerk

No. 06-20763

D.C. Docket No. 4:02-CV-495

GARY W GATES, JR; MELISSA GATES, Individually and as next friends to Sarah Gates, Derodrick Gates, Travis Gates, Raquel Gates, Cynthia Gates, Cassandra Gates, Timothy Gates, Andrew Gates, Alexis Gates, and Marcus Gates; GARY WILTON GATES; GEORGE GATES; SCOTT GATES

Plaintiffs - Appellants

v.

TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, Childrens Protective Services; THOMAS CHAPMOND; JERRY POLASEK; AMY ODIN; SANDRA RUSSELL; LISA MATTHEWS; LAURA MILLER; ERIKA DAVIS; SHERRECE HAYWOOD; LAURA RAMIREZ; FORT BEND COUNTY; MILTON WRIGHT; SAM MILLSAP; ARTHUR CHAPMAN; CARLOS CARRILLO; VIRGINIA SCHAEFER; KEN LEE; LLOYD ROWLAND, Sergeant; JAMES CARLSON, Detective; SPILMAN, Detective

Defendants - Appellees

United States District Court
Southern District of Texas
FILED

SEP 1 1 2008

Michael N. Milby, Clerk

Appeal from the United States District Court for the Southern District of Texas, Houston.

Before WIENER, DeMOSS, and PRADO, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

ISSUED AS MANDATE: SEP 0 9 2008

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana   SEP 0 9 2008